Elinor Leary, State Bar No. 227232
FIRST PERSON LEGAL
100 Pine Street, Ste 1250
San Francisco, California 94111
Telephone: (415) 745-3595
Fax: (415) 366-2794
Email: team@firstperson.legal

Attorneys for Plaintiff,
TRANG NGUYEN

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANG NGUYEN,<br>Plaintiff,<br>v.<br>DISCOVER LAKE TAHOE, INC., ET AL.,<br>Defendants. | Case No.: 2:26-cv-03795-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION AND EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR INTRADISTRICT TRANSFER, AND FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

The Court, having considered the parties' Joint Stipulation and Request for Extension of Time for Plaintiff to Respond to Defendants' Motion for Intradistrict Transfer, and good cause appearing, hereby ORDERS:

1. The parties' Joint Stipulation is GRANTED.
2. Plaintiff's deadline to file its response to Defendants' Motion for Intradistrict Transfer is extended from November 17, 2026, through and including November 24, 2026.

////

////

3. Defendants Discover Lake Tahoe and Janez Demsar's deadline to file a response to the Complaint is extended from November 17, 2026, through and including November 24, 2026.
4. All other dates and deadlines previously established by the Court shall remain unchanged.

IT IS SO ORDERED.

Dated: November 18, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE